# United States District Court
## Northern District of New York

### *AMENDED*
### JUDGMENT IN A CIVIL CASE

**ULSTER SCIENTIFIC, INC.**

             **V.**         **CASE NUMBER: 5:01-CV-690(NAM/GJD)**

**GUEST ELCHROM SCIENTIFIC AG**
a/k/a Guest Scientific AG

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF **ULSTER SCIENTIFIC, INC.,** against DEFENDANT **GUEST ELCHROM SCIENTIFIC AG a/k/a Guest Scientific AG**, in the amount of $115,800.32 pursuant to the Memorandum Decision and Order of the Hon. Norman A. Mordue filed July 28, 2004, together with prejudgment interest of $21,061.71 and costs of $254.00, pursuant to the Order of the Hon. Norman A. Mordue filed September 28, 2005.

DATED:    September 29, 2005

*[signature]*
Clerk of Court

LKB:lmp